UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE BARRAGAN, an
individual, on behalf
of themselves and all
others similarly situated,

                NO. CIV. S-12-0498 LKK/GGH PS

    Plaintiffs,

  v.

WASHINGTON MUTUAL BANK,
et al.,                            O R D E R

    Defendants.
_____/

    It has come to the court's attention that the court has opened a minimal account for his daughter with Washington Mutual Bank. Upon review and consideration of the case, the court determines that this interest presents no conflict in the fair adjudication of the case and that recusal is not necessary.

    IT IS SO ORDERED.

    DATED:  February 28, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT