1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GEORGE BARRAGAN

11              Plaintiff,                    No. 2:12-cv-0498 LKK GGH PS

12        vs.

13
     WASHINGTON MUTUAL BANK et al.
14

15              Defendants.                   ORDER

16   _____/

17              This action, originally filed on February 27, 2012, was referred to the undersigned

18   by E.D. Cal. L.R. 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).  Plaintiff has paid the filing fee

19   and is proceeding pro se.

20              On July 19, 2012, defendant Fidelity National Title Company filed a motion to

21   dismiss the complaint, noticed for hearing on August 30, 2012.  (Dkt. No. 5.)  Pursuant to E.D.

22   Cal. L.R. 230(c), plaintiff was required to file an opposition or a statement of non-opposition to

23   the motion not less than fourteen (14) days preceding the hearing date, i.e. by August 16, 2012.

24   Plaintiff failed to file an opposition.

25              Although the court liberally construes the pleadings of pro se litigants, they are

26   required to adhere to the rules of court.  Failure to obey local rules may not only result in

1

dismissal of the action, but "no party will be entitled to be heard in opposition to a motion at oral

arguments if opposition has not been timely filed by that party." E. D. Cal. L.R. 230(c).  More

broadly, failure to comply with the Local Rules "may be grounds for imposition . . . of any and

all sanctions authorized by statute or Rule or within the inherent power of the Court."  E.D. Cal.

L.R. 110; see also E.D. Cal. L.R. 183 (requiring compliance with the Local and Federal Rules by

pro se litigants).

        Having reviewed the record, the court has determined that oral argument would

not be of material assistance in determining the pending motion.  Therefore, the court will not

entertain oral argument, and will determine the motion on the record, including the briefing as it

presently exists in support of the pending motion.  See E.D. Cal. L.R. 230(g).  If the court

subsequently determines that oral argument may be necessary, it will set a hearing at such time.

        Accordingly, for the reasons outlined above, IT IS HEREBY ORDERED that:

        1.  The August 30, 2012 hearing on defendant Fidelity's motion to dismiss (dkt.

no. 5) is VACATED.

        2.  Defendant Fidelity's motion to dismiss is SUBMITTED on the record without

oral argument, with a written order and/or findings and recommendations to follow.

DATED: August 21, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE